IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DONALD MARCELLOUS DEXTER,

      Plaintiff,

v.                                                              CASE NO. 24-3140-JWL

JACK LUCKE, ET AL.,

      Defendants.

### MEMORANDUM AND ORDER

Plaintiff Donald Marcellous Dexter, who is currently in custody at the Wilson County Jail in Fredonia, Kansas, brought this pro se civil rights action under 42 U.S.C. § 1983. (Doc. 1.) He proceeds in forma pauperis. (Doc. 7.) On August 14, 2024, the Court issued a memorandum and order to show cause (MOSC) explaining that this matter is subject to dismissal because the complaint fails to state a plausible claim for relief. (Doc. 5.) The Court granted Plaintiff to and including September 17, 2024 in which to show cause why this matter should not be dismissed or, in the alternative, to file an amended complaint that states a plausible claim for relief. *Id.* Plaintiff was cautioned that if he failed to "file within the prescribed time a written response to this order or an amended complaint that cures the deficiencies discussed herein, this matter may be dismissed without further prior notice to Plaintiff." *Id.* at 6.

As of the date of this order, the Court has not received from Plaintiff either a response to the MOSC or an amended complaint. On September 30, 2024, however, the Court received from Plaintiff documents that appear to be intended to supplement the prayer for relief stated in the complaint. (Doc. 8.) Plaintiff explains therein that he has experienced "a lot of issues with being able to get [his] incoming [and] outgoing mail." (Doc. 8-1.) In an abundance of caution, therefore,

1

the Court will direct the clerk to mail Plaintiff a copy of the MOSC and will extend the time in which Plaintiff may either submit a written response to the MOSC or submit an amended complaint.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff is granted to and including November 1, 2024, in which to comply with the Memorandum and Order to Show Cause (Doc. 5) issued on August 14, 2024. The clerk is directed to provide to Plaintiff a copy of that order (Doc. 5) and the form for filing an amended complaint. If Plaintiff fails to timely file either a response or a complete and proper amended complaint that cures the deficiencies identified in the August 14, 2024 order, this matter will be dismissed without prejudice and without further prior notice to Plaintiff.

**IT IS SO ORDERED.**
**Dated October 1, 2024, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
